RECEIVED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Change off address

To Clerk office for United States District Court

You are hereby notify that I know longer reside at the address of 111 Taylor Street San Francisco California 94102. My knew address is 23972 Second Street Apt 3 Hayward California 94541. I request that any documents from the court concearning the case of Marvin Woodard v BOP and Cornell Corrections case number CV-08-2765 mailed to the knew address

Thank You

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Marvin Woodard
23972 Second Street Apt 3
Hayward CA, 94541

June 14, 2008

DACLARATION

Marvin Woodard v. Christopher Cruz Community Corrections Manager For the Bureau of Prisons, Maria Richard Director for Cornell Corrections. Case number CV-08-2765.

I Marvin Woodard hereby declare as following. (1) I am the plaintiff in Civil case 08-2765-SI.(2) I submitted a BP-230(10) request to the Regional Director for the Federal Bureau of Prisons in regard to the Administrative Remedy number 491204-Fl around May 15, 2008. The Regional office had until around june 5, to respond to the BOP request requesting that the subsistence charge of 25% of my gross income be waived and that the subsistence funds already collected by the BOP be return.

BOP failed to respond on the due date of June 5th 2008. On June 11th the date I was schedule to release I was told by Mr. Cruz that I owed 314.00 subsistent and I agree to settle the Administrative Remedy my Subsistent charge of 314.00 dollar would be waived. I declined the offer because I ask for the return of all subsistent charge that I had already paid out to BOP and Cornell Corrections. I was than told to wait in the Lobby. Mr.Cruz left a Short time later after I was told to wait in the lobby.

I was than met by case manager Dora who is employed by Cornell Corrections that I would not be allowed to be release from Cornell Corrections untill the subsistent charge of 314.00 be paid. I than advised Dora that I did not have the funds and that I was schedule to be at work, and that I would loose my job if they did not release me as soon as possible. She than gave me a form to sign and I declined.

1

After believing that I would not be release from Cornell Correction until the 314.00 is paid I signed the request to withdraw the BP-10 with the belief that the funds already collected by BOP , and Cornell Corrections be return and that the 314.00 currently owed be waived. I declare under penalty of Perjury that I signed the paper to withdraw the BP-10 under duress and, in fear that I would loose my job had I chose not to withdraw from the BP-10, and thru the threat that I would not be allow to be release.

Cornell Corrections use sly release inmate around 6:00am however I was not release until about 10:40 am If called on to testified I have know objections. This declaration is executed in the City of Hayward on this 14th Date of June 14th 2008.

                                                  Respectfully Submitted

                                                  *Marvin Woodard* (signature)
                                                  Marvin Woodard

2

Cornell Pre-release
Taylor Street Facility

## CALCULATION OF FINAL SUBSISTENCE

NAME: _Muanna Waddard_  Reg. No. _45905-011_

DATE OF RELEASE: _6-11-08_

Last pay day prior to release: _5-15-08 (verification of pay provided)_

Pay period ending date: _5-9-08_

1. Number of days from pay period ending date to day before release: _32_

List the last two weeks gross wages and determine the average weekly gross wages:

| | | |
|---|---|---|
| Week one | 545.03 | Gross wages |
| Week two | 556.17 | Gross wages |
| Week three | N/A | Gross wages |
| Week four | N/A | Gross wages |
| | 1101.22 | Gross wages for _4_ weeks |

2. Total wages divided by _4_ : _275.30_ (average weekly gross wage)

PRORATED AMOUNT TO RELEASE:
 a. Average weekly wages — _275.30_
 b. Multiply by .25 to determine subsistence for one week — _68.82_
 c. Divide by 7 to determine the daily per diem rate — _9.83_
    (Do not round off)
 d. No. of days from last pay period end to day before release — _~~31~~ 32_
 e. Multiply "c" times "d" to determine final subsistence owed — _314.00_
    (Do round down)
TOTAL SUBSISTENCE DUE    ("e" above:) — _314.00_

*** REMINDER*** This is only for days after final pay check received. Must pay subsistence on all paychecks up to release including last pay check.

FINAL SUBSISTENCE MUST BE PAID IN FULL BY: _6-11-08_

CASE MANAGER: _[signature]_   RESIDENT: _____
_6-11-08_

Drafted by Dora

I am Marvin Woodard Reg 98908-011
Date: 6-11-08

Approximately 5-1-08 I, Marvin Woodard,
Reg 98908-011, submitted a BP-10 requesting
that any money (subsistence) I have paid to Cornell, and
any money that I pay in the future,
be returned.

On this date, 6-11-08 I withdraw that BP-10.

Marvin Woodard

Witness D Ford 6-11-08