Marvin Woodard
23972 Second Street Apt 3
Hayward CA 94541

June 24, 2008

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office Of The Clerk
United States District Court
450 Golden gate Avenue Box 36060
San Francisco, CA 94102

RE: Marvin Woodard v. Christopher Cruz Community Correctional
Center Manager For Bureau Of Prisons Maria Richard Cornell
Corrections Case No. CV-08-2765

To whom it may concerns

This is a notice of change of address, I requested that any documents Sent from the court be mailed to the new address of 23972 Second Street Apartment 3 Hayward California.

Sincerely
Marvin Woodard
Marvin Woodard