UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WOODARD, | No. C 08-2765 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CHRISTOPHER CRUZ, community manager for BOP, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: April 26, 2010

SUSAN ILLSTON
United States District Judge